**CLOSED**

Kourtney J. A. Knop, Esq. (KK-6117)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | ) ) ) ) | Hon. **HON. D.M. CAVANAUGH, USDJ** Civil Action No. 11- CV - 1901 |
| Petitioners, | ) ) | **CIVIL ACTION** |
| v. | ) ) | **JUDGMENT** |
| FMC SERVICES, INC., | ) ) ) | |
| Respondent. | ) | |

**THIS MATTER** having come before the Court by Kroll Heineman Carton, LLC (Kourtney J. A. Knop, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

**IT IS** on this 2nd day of May 2011,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent FMC Services, Inc., the sum of $4,607.22.

*[signature]*
Judge, United States District Court

**Dennis M. Cavanaugh**
**U.S. District Judge**